Frances S. Pellock, as Administratrix, etc., of John Pellock, Deceased, Appellant, v. Schenectady Railway Company, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event, the court holding that there is a question of fact for the jury. All concurred, except Woodward, J., dissenting.

Floyd S. Crandall, Respondent, v. Charles D. Harrington, as Executor, etc., Appellant.— Judgment unanimously affirmed, with costs.

Whitehall Water Power Company, Limited, and Another, Respondents, v. Atlantic, Gulf and Pacific Company, Appellant.— Appeal dismissed.

Karl Sakofsky, Respondent, v. The Camden Fire Insurance Association, Appellant, Impleaded with Emory Jones, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Howard and Woodward, JJ., dissenting.

The Chadwick Park Athletic Club, Appellant, v. Wallace A. Peasley, as Sheriff of the County of Albany, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Intermediate Settlement of the Accounts of Bainbridge W. Burdick and Others, as Executors, etc., of Norman Burdick, Deceased. Bainbridge W. Burdick, Individually and as Executor, etc., Appellant, v. Ethel B. Wygant, Individually and as Executrix, etc., and Others, Respondents.— Decree modified by striking therefrom the amount of $3,000 received for rentals; also by reciting that it is without prejudice to the right of the appellant to establish on the final accounting as delivered by him as such executor to Ethel B. Wygant 250 shares of the stock of Burdick & Son, and as so modified unanimously affirmed, with one bill of costs to respondents against the appellant personally. The court disapproves of the seventeenth finding of fact and the third conclusion of law of the decision of the surrogate.

Charles B. Pender, Appellant, v. City of Binghamton, Respondent.— Judgment and order unanimously affirmed, with costs.

William A. Ingraham, Respondent, v. Town of Thurman, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John M. Collins and Fred C. Collins, Doing Business under the Firm Name and Style of Collins Brothers, Respondents, v. Amsdell-Kirchner Brewing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William P. Dauchy and David Morey, as Administrators, etc., of Albert E. Powers, Deceased, Appellants, v. Edward F. Powers and Albert W. Powers, Executors, etc., of Nathaniel B. Powers, Deceased, and Another, Respondents.— Order modified by providing that the parties be made defendants instead of plaintiffs and may answer within twenty days instead of serving complaint, and as modified affirmed, without costs. All concurred.

Janette Ayers, Appellant, v. Robert W. Clothier and Elizabeth Clothier, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George K. Storey, Individually and as Administrator, etc., of William A. Storey, Late of the Town of Kingsbury, Washington County, N. Y.,